No. 1009. UNITED STATES *v.* UNICORN ENTERPRISES, INC., ET AL. C. A. 2d Cir. Certiorari granted.

No. 910. ALLIED CHEMICAL & ALKALI WORKERS OF AMERICA, LOCAL UNION No. 1 *v.* PITTSBURGH PLATE GLASS CO., CHEMICAL DIVISION, ET AL.; and

No. 961. NATIONAL LABOR RELATIONS BOARD *v.* PITTSBURGH PLATE GLASS CO., CHEMICAL DIVISION, ET AL. C. A. 6th Cir. Motion of American Federation of Labor & Congress of Industrial Organizations et al. for leave to file a brief as *amici curiae* in No. 961 granted. Certiorari granted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 427 F. 2d 936.

No. 939. SIERRA CLUB *v.* MORTON, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Motion of United States Ski Assn. et al. for leave to file a brief as *amici curiae* granted. Certiorari granted.

No. 957. UNITED STATES ET AL. *v.* PULLMAN Co.; and

No. 6018. LOVE *v.* PULLMAN Co. C. A. 10th Cir. Motion of petitioner in No. 6018 for leave to proceed *in forma pauperis* granted. Certiorari granted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 430 F. 2d 49.

No. 958. FEDERAL POWER COMMISSION *v.* FLORIDA POWER & LIGHT Co. C. A. 5th Cir. Motions of Gainesville Utilities Department et al. and American Public Power Assn. for leave to file briefs as *amici curiae* granted. Certiorari granted. MR. JUSTICE BLACKMUN took no part in the consideration or decision of these motions and petition.